United States District Court
Southern District of Texas
**ENTERED**
October 31, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ELVIRA RAMIREZ,<br>Plaintiff, | § § § | |
| v. | § | Civil Action No. 1:16-cv-00235 |
| M.C. CARRIER, INC.,<br>Defendant. | § § § § | |

### FINAL JUDGMENT

On August 12, 2017, Maria Elvira Ramirez (hereafter "Plaintiff") filed suit against M.C. Carrier, Inc. (hereafter "Defendant") in the 357th Judicial District Court in Cameron County, Texas, entitled *Maria Elvira Ramirez v. M.C. Carrier Inc.*, Cause No. 2016-DCL-05304. Docket No. 1–1 at 4. On September 13, 2016, Defendant filed a "Notice of Removal" (Docket No. 1), seeking to remove the case to federal court based on diversity jurisdiction, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Docket No. 1 at 1.

On September 15, both Plaintiff and Defendant filed a "Notice of Settlement" (Docket No. 20). On September 21, 2017, the Court instructed the parties to submit final disposition paperwork, including an Agreed Judgment, within thirty (30) days. *Id.* Failure to comply would result in a *sua sponte* dismissal order. *Id.*

The deadline to comply with said notice was October 23, 2017. As of October 31, 2017, the parties have not submitted an Agreed Judgement.

Accordingly, it is **ORDERED** and **ADJUDGED** that:

1. The Court has jurisdiction over all parties and subject matter of this action and is empowered to provide relief herein.

2. The parties have entered into a settlement of all claims and causes of action alleged in Plaintiffs' Petition, and all such claims are hereby settled and **DISMISSED** with prejudice.

3. The Clerk of Court is **INSTRUCTED** to close this case.

Signed on this 31st day of October, 2017.

Rolando Olvera
United States District Judge